IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                          PLAINTIFF

v.                     No. 4:19-cr-530-DPM-3

STEVEN JORDAN                                   DEFENDANT
Reg. No. 23168-009

ORDER

Jordan moves for immediate release under 18 U.S.C. § 3582(c)(1)(A)(i). He suffers from Crohn's disease. He says that he isn't receiving proper medical treatment, and that the food served in prison triggers painful flare-ups. Jordan reports that the warden denied his request for release on 30 May 2025. *Doc. 339 at 8*. He therefore can seek relief from this Court. 18 U.S.C. § 3582(c)(1)(A).

It's unclear whether Jordan's condition is severe enough to qualify as "extraordinary and compelling." U.S.S.G. § 1B1.13(b)(1). Assuming it does, the Court must still deny the motion.

The governing statute requires the Court to consider the § 3553(a) factors in deciding whether to grant compassionate release. 18 U.S.C. § 3582(c)(1)(A). Jordan played an important role in the Huggins drug conspiracy. He was caught with a lot of methamphetamine. He was dealing these drugs while on supervised release in another federal case. He has a long criminal history, some of it violent. The Court sentenced

Jordan to thirteen years in prison, almost three years below the low end of the sentencing guidelines range. He's served less than half of his time. Shortening his sentence further would not reflect the seriousness of his crimes, justly punish him, promote respect for the law, or promote deterrence. His motion, *Doc. 339*, is therefore denied.

While compassionate release isn't appropriate, the Court commends Jordan for the progress he's made in prison. Jordan has done good work on himself; the certificates attached to his motion attest to that. Perhaps more important, though, is the mentorship he's giving to his fellow inmates. Jordan has much to share with those around him, particularly younger people. Jordan is rightfully proud of the changes he has made. The Court is proud of him, too.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 August 2025